EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: <br><br> Sara Ramírez García | 2010 TSPR 131 <br><br> 179 DPR _____ |

Número del Caso: TS-10,023


Fecha: 15 de julio de 2010


Abogada de la Parte Peticionaria:

                    Por Derecho Propio



Oficina del Procurador General:

                    Lcda. Irene S. Soroeta Kodesh
                    Procuradora General



Materia: Baja voluntaria al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO



Ex Parte


                              10,023

Sara Ramírez García




Sala de Verano integrada por la Jueza Asociada señora Fiol Matta, como su Presidenta, la Juez Asociada señora Rodríguez Rodríguez y el Juez Asociado señor Martínez Torres.

RESOLUCIÓN

San Juan, Puerto Rico, a  15 de julio de 2010

    Examinada la Moción Solicitando Baja Voluntaria presentada por la Lcda. Sara Ramírez García, así como la comunicación presentada por la Procuradora General, se  autoriza su baja voluntaria.

    Publíquese.

    Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                    Aida Ileana Oquendo Graulau
                    Secretaria del Tribunal Supremo